**Harold G. MOSS, Petitioner–Appellant,**

v.

**Geraldine MIRO, Warden of Allendale Correctional Institution; William D. Catoe, Director, South Carolina Department of Corrections; State of South Carolina; Charles M. Condon, South Carolina Attorney General, Respondents–Appellees.**

**No. 01–7285.**

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 8, 2001.

Decided Nov. 16, 2001.

Harold G. Moss, pro se. Donald John Zelenka, Chief Deputy Attorney General, S. Creighton Waters, Office of the Attorney General of South Carolina, Columbia, SC, for appellees.

Before WILKINS, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

Harold G. Moss seeks to appeal the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001), and denying his Fed.R.Civ.P. 59(e) motion. We have reviewed the record and the district court's opinions accepting in part the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Moss v. Miro*, No. CA–00–1806 (D.S.C. June 27, 2001; July 17, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*